UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL KRECEK AND EVA KRECEK,

     Plaintiffs,                        CASE NO.: 6:22-CV-2348-ACC-LHP

v.

FEDERAL INSURANCE COMPANY,

     Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, Plaintiffs, MICHAEL KRECEK AND EVA KRECEK, and Defendant, FEDERAL INSURANCE COMPANY, by and through their undersigned attorneys, and in accordance with the agreed-to settlement terms, hereby jointly petition this Honorable Court for an Order dismissing the above-styled action with prejudice upon the grounds that this matter has been amicably resolved between the parties, and no further justiciable issues exist.

Dated: July 31st, 2023

| | |
|---|---|
| */s/ Irene Thaler* | */s/ Joseph Kessler* |
| Irene Thaler, Esq., FBN: 88288 | Joseph R. Kessler, Esq, FBN: 119232 |
| CLAUSEN MILLER P.C. | DENNIS KESSLER, PLLC |
| 4830 West Kennedy Blvd., Ste. 600 | 333 SE 2nd Avenue, Suite 2000 |
| Tampa. Florida 33609 | Miami, Florida 33131 |
| Tel: (813) 519-1027 | Tel.: (813) 607-5111 |
| ithaler@clausen.com | jkessler@dklawfl.com |
| *Attorneys for Defendant* | *Attorney for Plaintiffs* |